**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **MOSAZIG MEDHANI v. KRISTI NOEM, et al.** Case Number: **26-cv-00594-CAB-JLB**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

The Court has reviewed the submitted materials in this case and requires additional evidence demonstrating Petitioner's final order of removal. Each party shall submit supplemental information by Wednesday, February 25, 2026 demonstrating Petitioner's order of removal and when it became final.

Date: February 20, 2026 Initials: MS