# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **MOSAZIG MEDHANI v. KRISTI NOEM, et al.**    Case Number: **26-cv-00594-CAB-JLB**

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: N/A

The Court requests supplemental briefing of no longer than three pages from each party by **March 13, 2026** on two topics. First, considering Petitioner has never been released from immigration custody, under what conditions should he be released if the Court granted Petitioner's *Zadvydas* claim. Second, what impact has Petitioner's refusal to complete or sign necessary documents had on his removal.

Date: March 5, 2026    Initials: MS